```
                FILED          RECEIVED
                ENTERED        SERVED ON
                      COUNSEL/PARTIES OF RECORD

                   JUL 1 4 2009

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
         BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH BENNETT JOHNSON, | 3:08-CV-0544-LRH (VPC) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| v. | |
| UNITED STATES PROBATION DEPARTMENT, | |
| Defendant. | |

This report and recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On October 6, 2008, plaintiff filed a request to proceed *in forma pauperis* (#1). Upon review of the documents filed, the court found that plaintiff's declaration was insufficient for the court to act on the application (#4). The court ordered plaintiff to complete a more detailed application to proceed *in forma pauperis* on or before Friday, May 29, 2009.[1] Because plaintiff was attempting to sue the U.S. Probation Department in order to obtain permission to travel to France and Spain, plaintiff was also ordered to include a written explanation as to how he intended to travel to France and Spain with no income (#s 4 & 5). Plaintiff was cautioned that failure to do so would result in a recommendation to the District Court to dismiss this action. *Id.* Plaintiff failed to respond to this court's orders.

---

[1] On January 7, 2009, the court originally ordered plaintiff to complete a more-detailed application to proceed *in forma pauperis* by September 30, 2009 (#4). On April 29, 2009, after recognizing the September deadline was a typographical error, the court amended it's order and required plaintiff to complete by the application no later than May 29, 2009 (#5)

Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

For the reason stated above, the undersigned Magistrate Judge recommends that the District Court enter an order **DENYING** plaintiff's motion for leave to travel (#3), and **DISMISSING** this action without prejudice.

DATED:   July 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE