UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEITH BENNETT JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00544-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| UNITED STATES PROBATION ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#6) entered on July 14, 2009, in which the Magistrate Judge recommends denying Plaintiff's Motion for Leave to Travel (#3) and dismissing this action without prejudice/. No objections have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#6); therefore, Plaintiff's Motion for Leave to Travel (#3) is denied and this case is dismissed for failure to comply with the court's orders (#4 and #5).

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 10th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2